# O

# United States District Court
# Central District of California

| | |
|---|---|
| DAVID LANCASTER,<br><br>    Plaintiff,<br><br> v.<br><br>SPENCER HANSEN,<br><br>    Defendant. | Case № 5:19-cv-01093-ODW (KKx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT [39]** |

   On February 19, 2020, Plaintiff David Lancaster moved for leave to file a First Amended Complaint, adding a cause of action for breach of contract to this trademark infringement action ("Motion"). (Mot. for Leave to File First Am. Compl. ("Mot."), ECF No. 39.) Plaintiff set the Motion to be heard on March 23, 2010, and thus any opposition was due no later than March 2, 2020. *See* C.D. Cal. L.R. 7-9. To date, Defendant has filed no opposition. The failure to file a timely opposition may be deemed consent to the granting of a motion. C.D. Cal. L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

   After carefully considering the moving papers, the Court finds Plaintiff has shown good cause to amend the complaint pursuant to Rule 15(a)(2) and *Foman v. Davis*, 371 U.S. 178 (1962). Further, the Court deems Defendant's failure to oppose

consent to the granting of the Motion. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion. (ECF No. 39.)

The Court **ORDERS** that the First Amended Complaint, filed as Exhibit 2 to the Declaration of John K. Mitchell (ECF No. 39-2 at 18–38), shall be **deemed filed and served** as of the date of this Order, pursuant to Local Rule 15-3. C.D. Cal. L.R. 15-3 ("An amended pleading allowed by order of the Court shall be deemed served upon the parties who have previously appeared on the date the motion to amend is granted.") **Defendant has fourteen (14) days from the date the First Amended Complaint is deemed filed to serve a response.**

**IT IS SO ORDERED.**

March 17, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**